### UNITED STATES of America, Plaintiff–Appellee,

v.

### Charles A. LEFTWICH, Defendant–Appellant.

### No. 01–6243.

United States Court of Appeals, Fourth Circuit.

Submitted April 3, 2001.

Decided April 23, 2001.

Charles A. Leftwich, pro se. Stuart G. Baker, Office of the Staff Judge Advocate, United States Army, Fort Bragg, NC, for appellee.

Before MOTZ and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Charles A. Leftwich seeks to appeal the district court's order denying his motion

filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Leftwich,* Nos. CR–99–76–F; CA–00–863–5–F (E.D.N.C. Jan. 24, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*